## 400

subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.

**No. 59120.**—Albert F. Maurer Co. v. United States, protests 191771–K, 234036–K, and 234039–K (Philadelphia).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of ingots of remelted white metal scrap, a nonferrous metal scrap, not ores, nor concentrates, nor virgin or crude metal; that said scrap was imported to be used in remanufacture by melting; that, after importation, it was melted and manufactured into other articles; and that there had been compliance with the regulations of the Secretary of the Treasury pursuant to Public Law 869, *supra*. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, as extended by Public Law 221, *supra*, and is properly entitled to free entry.

**No. 59121.**—Stanolind Oil and Gas Company v. United States, protests 192788–K, 192790–K, and 196054 (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel A. P. I. casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiff was sustained.

**No. 59122.**—Leslie B. Canion and Blackwood & Nickols Co. v. United States, protest 196586–K (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel A. P. I. casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.